**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  GARCIA           DANNY
      (Last)          (First)         (Initial)

Prisoner Number  V#30568

Institutional Address  MCSP. C13-142 P.O. Box 409060
Ione CA 95640

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Danny Garcia
(Enter the full name of plaintiff in this action.)

vs.

_____

_____

_____
(Enter the full name of respondent(s) or jailor in this action)

CV 08 4042

Case No. _____
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

(PR)

E-filing

Read Comments Carefully Before Filling In

<u>When and Where to File</u>

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS    - 1 -

1  Who to Name as Respondent

2       You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.
6       If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE
11      1. What sentence are you challenging in this petition?
12           (a)   Name and location of court that imposed sentence (for example; Alameda
13                 County Superior Court, Oakland):
14      _____     _____
15           Court                           Location
16           (b)   Case number, if known _____
17           (c)   Date and terms of sentence _____
18           (d)   Are you now in custody serving this term? (Custody means being in jail, on
19                 parole or probation, etc.)      Yes ____    No ____
20                 Where?
21                 Name of Institution: Mule Creek State Prison Ione Ca
22                 Address: P.O. Box 409060 C#13-142. 95640
23      2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 challenging more than one sentence, you should file a different petition for each sentence.)
26 _____
27 _____
28 _____

1    3. Did you have any of the following?

2         Arraignment:              Yes _X_   No ___

3         Preliminary Hearing:      Yes _X_   No ___

4         Motion to Suppress:       Yes ___   No _X_

5    4. How did you plead?

6         Guilty ___   Not Guilty _X_   Nolo Contendere ___

7         Any other plea (specify) __None__

8    5. If you went to trial, what kind of trial did you have?

9         Jury _X_   Judge alone ___   Judge alone on a transcript ___

10   6. Did you testify at your trial?         Yes ___   No _X_

11   7. Did you have an attorney at the following proceedings:

12        (a)  Arraignment              Yes _X_   No ___

13        (b)  Preliminary hearing      Yes _X_   No ___

14        (c)  Time of plea             Yes _X_   No ___

15        (d)  Trial                    Yes _X_   No ___

16        (e)  Sentencing               Yes _X_   No ___

17        (f)  Appeal                   Yes _X_   No ___

18        (g)  Other post-conviction proceeding   Yes _X_   No ___

19   8. Did you appeal your conviction?       Yes _X_   No ___

20        (a)  If you did, to what court(s) did you appeal?

21             Court of Appeal          Yes _X_   No ___

22             Year: _____  Result: _____

23             Supreme Court of California   Yes _X_   No ___

24             Year: _____  Result: _____

25             Any other court          Yes ___   No ___

26             Year: _____  Result: _____

27

28        (b)  If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS      - 3 -

|   |   |   |   |   |
|---|---|---|---|---|
| 1 |   | petition? | Yes _X_ | No____ |
| 2 | (c) | Was there an opinion? | Yes _✓_ | No____ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| 4 |   |   | Yes _X_ | No____ |

     If you did, give the name of the court and the result: _____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?  Yes____  No _X_

    [Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)     If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

        I.     Name of Court: _NONE_

             Type of Proceeding: _NONE_

             Grounds raised (Be brief but specific):

             a. _NONE_

             b. _NONE_

             c. _NONE_

             d. _NONE_

             Result: _NONE_     Date of Result: _NONE_

       II.    Name of Court: _NONE_

            Type of Proceeding: _NONE_

            Grounds raised (Be brief but specific):

|     |      |                                      |
|-----|------|--------------------------------------|
| 1   |      | a. NONE                              |
| 2   |      | b. NONE                              |
| 3   |      | c. NONE                              |
| 4   |      | d. NONE                              |
| 5   |      | Result: NONE            Date of Result: NONE |
| 6   | III. | Name of Court: NONE                  |
| 7   |      | Type of Proceeding: NONE             |
| 8   |      | Grounds raised (Be brief but specific): |
| 9   |      | a. NONE                              |
| 10  |      | b. NONE                              |
| 11  |      | c. NONE                              |
| 12  |      | d. NONE                              |
| 13  |      | Result: NONE            Date of Result: NONE |
| 14  | IV.  | Name of Court: NONE                  |
| 15  |      | Type of Proceeding: NONE             |
| 16  |      | Grounds raised (Be brief but specific): |
| 17  |      | a. NONE                              |
| 18  |      | b. NONE                              |
| 19  |      | c. NONE                              |
| 20  |      | d. NONE                              |
| 21  |      | Result: NONE            Date of Result: NONE |

22  (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                   Yes ____   No ✗

24       Name and location of court: NONE

25  B. GROUNDS FOR RELIEF

26  State briefly every reason that you believe you are being confined unlawfully. Give facts to
27  support each claim. For example, what legal right or privilege were you denied? What happened?
28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Butte County Superior Court of the Criminal Convictions for the lack of Evidence.

Supporting Facts: That the trial Court with the Attorney DA And the Judge New before hand that "No" Evidence didn't support the Conviction based of All Illegal information that can be Proof into the Court.

Claim Two: Superior Court of California County of Butte marsden Motion / Hearing Hon: Robert A. Glusman Judge

Supporting Facts: Reporter: K Beckwith; Clerk: A Mackey 12/17/02 Dept B12; Case No# CMC17913 v Danny Garcia Ray Filed 8/30/02 Aesnee f Event Marsden Hearing SCR36207; CM017973 / CM017917. All been denied!

Claim Three: California Innocence Project Pre-Screen Form! With Zeno Result.

Supporting Facts: Case Information: Trial Attorney Denny R. Forland 2261 St George Laney Suite G Chico Ca 95962 (Ph.) (530) 893-4685; Appellate Attorney David H. Goodwin P.O. Box 93579, Los Angele Ca 90093-0576

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

All of the following information is being Presented into the California Supreme Court of San Francisco Ca for a Ruling into all this important fact that had No Evidence to support the Conviction and "No" Opening Brief, Response Brief Ph. (323) 666-4960:

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  To be paid for $1.50.00 Per day do to the lack of all the
5  Evidence didn't support the conviction in order for the
6  Counts to prepare the case on its Ruling.
7  Do you have an attorney for this petition?                Yes___   No _X_
8  If you do, give the name and address of your attorney:
9  _None_____
10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on  08 / 18 / 08 .           /s/  Danny Garcia
14           Date                              Signature of Petitioner
15                                             DANNY GARCIA

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -

# CALIFORNIA INNOCENCE PROJECT PRE-SCREEN FORM 

| INMATE NAME: Danny R. Garcia | **CASE Information** |
|---|---|
| INMATE CDC# V-30568 | Trial Court: Butte Co. Superior Court |
| Prison: Salinas Valley State Prison | Trial Court Case No.: CM 017,813-973-917 |
| Cell Location: B-2 #237 | Court of Appeal Case No.: C046603 |
| PO Box: 1050 | County of Conviction (circle one): Imperial  Kern |
| City, State, Zip: Soledad Ca. 93960 | Los Angeles  Orange  Riverside  San Bernardino |
| Social Security #: 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 | San Diego  San Luis Obispo  Santa Barbara  (Butte) |
| Date of Birth: 02-13-63   Race: Hispanic | What is your primary language? English |

*If you were not convicted in California, please do not continue, we only accept cases where the conviction occurred in Southern California

**If you were convicted in a Northern California county (any CA county not listed above), you can request a NCIP questionnaire by writing to:
Northern California Innocence Project, 874 Lafayette St., Santa Clara, CA 95050

**Trial Attorney**

Name: Denny R. Forland     Phone: 530-893-9685     Fax:

Address: 2261 St. George Lane, Suite G, Chico Ca. 95962     Email:

**Appellate Attorney**

Name: David H. Goodwin     Phone: 323-666-4960     Fax:

Address: P.O. Box 93579 Los Angeles Ca. 90093-0579     Email:

**Inmate Counselor:** Name:_____     Phone:_____

List ALL other projects & attorneys you have contacted for post-conviction assistance:

1

Danny Garcia VH 30500
MCSP C#13-142 P.O. Box 409060
Ione CA 95640

"Legal-Mail"




RECEIVED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern District of California
450 Golden Gate Ave Box 36060
San Francisco Ca 94102





8/18/08